UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SCOTT D PHILLIPS,

    Plaintiff,

    v.

CHRISTY L SUCH, et al.,

    Defendants.

Case No. 2:25-CV-262-GSL-AZ

## **ORDER**

This matter is before the Court on Magistrate Judge Abizer Zanzi's Report and Recommendation, [DE 21], entered on November 4, 2025. For the reasons fully explained in the report, Judge Zanzi recommends that the Court dismiss this case without prejudice for failure to timely serve the complaint and summons in accordance with both Rule 4(m) and the September 18, 2025 Order striking Plaintiff's unsigned Amended Complaint, found at [DE 18].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's Report and Recommendation, [DE 21], in full and orders that Defendant's motion be **GRANTED**. This case is **DISMISSED**. The clerk is **DIRECTED** to moot all other motions and close the case.

SO ORDERED.

ENTERED: November 19, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court